In the Matter of GINO RUDOLPH COBOS, Appellant, et al., Petitioners, v ROBERT DENNISON, as Chairman of New York State Division of Parole, et al., Respondents.

Submitted January 22, 2007; decided February 13, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge JONES taking no part.